**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 05-1447

_____

BISHOP COAL COMPANY,

                    Petitioner,

          v.

NORA L. HORNE, Surviving Spouse of David Horne; DIRECTOR,
OFFICE OF WORKERS' COMPENSATION PROGRAMS,

                    Respondents.

_____

On Petition for Review of an Order of the Benefits Review Board.
(04-0460-BLA)

_____

Submitted:  September 5, 2008      Decided:  September 17, 2008

_____

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Douglas A. Smoot, William S. Mattingly, Kathy L. Snyder, JACKSON
KELLY PLLC, Morgantown, West Virginia, for Petitioner.  Howard M.
Radzely, Solicitor of Labor, Donald S. Shire, Associate Solicitor,
Christian P. Barber, Barry H. Joyner, UNITED STATES DEPARTMENT OF
LABOR, Washington, D.C.; Joseph E. Wolfe, W. Andrew Delph, Jr.,
WOLFE, WILLIAMS & RUTHERFORD, Norton, Virginia, for Respondents.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bishop Coal Company seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's award of survivor's black lung benefits pursuant to 30 U.S.C. §§ 901-945 (2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we deny the petition for review for the reasons stated by the Board. Bishop Coal Co. v. Horne, No. 04-0460-BLA (B.R.B. Feb. 24, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED